UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EVELYN MITCHUM, § | |
|    Plaintiff, § | |
| § | |
| v. § | No. 3:12-CV-1703-N (BF) |
| § | |
| SETH HARRIS, Acting Secretary, United § | |
| States Department of Labor, § | |
|    Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

Accordingly, the Motion for Summary Judgment [D.E. 35] filed by Defendant Seth Harris, Acting Secretary for the United States Department of Labor is **GRANTED**.

**SO ORDERED** this 28th day of March, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE